# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JIM ANDERSON,**

          **Plaintiff,**

**-vs-**                                              Case No. 6:06-cv-696-Orl-31JGG

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

_____

## ORDER

On June 13, 2006, Magistrate Judge Glazebrook entered a Report and Recommendation (Doc. 10), recommending that Motion to Proceed *in forma pauperis* (Doc. 8) be denied. Plaintiff filed a Motion to Strike Courts Recommendation (Doc. 11) which the Court construes as an objection to the Report . Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion to Proceed *in forma pauperis* is DENIED.

3. The Complaint in this case is Dismissed as frivolous and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 5, 2006.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE